

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00069-CV

**TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND**, and The Texas
Municipal League Intergovernmental Risk Pool,
Appellants

v.

**HOUSING AUTHORITY OF THE CITY OF ALICE**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-10-53721-CV
Honorable David A. Sanchez, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Selecting Umpire is VACATED and this case is DISMISSED.

We ORDER all costs of this appeal are assessed against appellee, the Housing Authority of the City of Alice.

SIGNED October 14, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] The Honorable David A. Sanchez is the elected judge of the 444th Judicial District Court of Cameron County, Texas. He presided over this matter as a visiting judge.